IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 10-37    Erie |
| | ) |
| ANTONIO JORDAN | ) (29 U.S.C. §501(c)) |

## I N D I C T M E N T

The grand jury charges:

During the period from on or about March 5, 2005 to on or about February 25, 2009, in the Western District of Pennsylvania, the defendant, ANTONIO JORDAN, an officer, serving as the Treasurer of the Erie, Pennsylvania Communications Workers of America, AFL-CIO Local Union 38187, a labor organization engaged in an industry affecting interstate commerce within the meaning of Section 402(i) and (j) of Title 29, United States Code, did embezzle, steal and unlawfully and willfully abstract and convert to his own use approximately $8,767.40 of the moneys, funds, property and assets of said labor organization, that is the defendant, ANTONIO JORDAN, charged personal expenses on his assigned union credit card which were then paid for with union funds maintained in union accounts at the Erie Times Federal Credit Union, Erie, Pennsylvania.

**FILED**

MAY 1 1 2010

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

_____
FOREPERSON

_____
ROBERT S. CESSAR
Acting United States Attorney
PA ID No. 47736